# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAH AZAD, derivatively on behalf of MAISON SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN XU, TAO HAN, ALEXANDRIA M. LOPEZ, BIN WANG, MARK WILLIS, and DR. XIAOXIA ZHANG, <br><br> Defendants, <br><br> and <br><br> MAISON SOLUTIONS INC., <br><br> Nominal Defendant. | Case No. 2:24-CV-02897-SPG-KS <br><br> **ORDER GRANTING STIPULATION CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEAD COUNSEL FOR PLAINTIFFS [ECF DOC. NO. 19]** |

[Additional caption on following page]

| | |
|---|---|
| ARNAB BARAL, derivatively on behalf of MAISON SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN XU, TAO HAN, ALEXANDRIA MARIE LOPEZ, BIN WANG, MARK WILLIS, and XIAOXIA ZHANG, <br><br> Defendants, <br><br> and <br><br> MAISON SOLUTIONS INC., <br><br> Nominal Defendant. | Case No.: 2:24-CV-03018-SPG-KS |

On May 17, 2024, the Parties filed a stipulation consolidating related shareholder derivative actions and appointing lead counsel for plaintiffs.

The Parties respectfully request that the Court grant the Parties' Stipulation to consolidate the related shareholder derivative actions, captioned *Azad v. Xu, et al.*, 2:24-CV-02897-SPG-KS and *Baral v. Xu, et al.*, 2:24-CV-03018-SPG-KS (the "Related Derivative Actions"). Plaintiffs respectfully request that the Court appoint The Brown Law Firm, P.C. as Lead Counsel in the consolidated action.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. To the extent they have not already been served, the Defendants accept service of the complaints in the Related Derivative Actions;

2. The Parties shall have 30 days upon the date of this Order to submit a proposed schedule, and Defendants are not required to respond to the complaints or any amended complaint in the Consolidated Action until the date set by the Court in ruling on the proposed schedule. The Parties otherwise agree that the Related Derivative Actions and the Consolidated Action shall be stayed pending further order of this Court, except for the limited purpose of the Parties' submission and the Court's consideration of the proposed schedule;

3. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 2:24-CV-02897-SPG-KS (the "Consolidated Action");

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MAISON SOLUTIONS INC. DERIVATIVE LITIGATION | Case No. 2:24-CV-02897-SPG-KS  (Consolidated) |
| This Document Relates to:  ALL ACTIONS | |

5. All papers filed in connection with the Consolidated Action will be maintained in one file under Case No. 2:24-CV-02897-SPG-KS.

6. Lead Counsel for Plaintiffs in this Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown

-3-

767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

7. Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Lead Counsel.

9. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of Lead Counsel, and such agreements shall be binding on all plaintiffs.

10. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court.  When a shareholder derivative action that properly belongs as part of *In re Maison Solutions Inc. Derivative Litigation*, Case No. 2:24-CV-02897-SPG-KS, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Maison Solutions Inc. Derivative Litigation*, Case No. 2:24-CV-02897-SPG-KS, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving Maison filed in this Court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

11. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

IT IS SO ORDERED.

Dated: June 17, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE