IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MAISON SOLUTIONS INC. DERIVATIVE LITIGATION | Case No. 2:24-CV-02897-SPG-KS<br><br>(Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS | **ORDER ON JOINT STIPULATION TO STAY CONSOLIDATED DERIVATIVE ACTION** |

The Court, having considered the Parties' Stipulation[1] and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. All proceedings in the Consolidated Action, including all deadlines, hearings, ADR requirements and conferences and any deadlines to move, answer, plead, or otherwise respond to the complaints in the Related Actions, shall be stayed or vacated through a ruling on the defendants' anticipated motion to dismiss in the Securities Class Action.

2. The parties shall file joint status reports apprising the Court of the status of the litigation every 30 days.

3. After the stay is lifted, Defendants shall not move to stay the Consolidated Action in

---

[1] All capitalized terms herein have the same meaning as set forth in the Parties' Joint Stipulation to Stay Consolidated Derivative Action ("Stipulation"), submitted concurrently herewith.

deference to any other derivative action.

4. The Parties shall meet and confer and submit a proposed scheduling order within 14 days of the date that the stay is lifted.

5. Defendants shall promptly notify Plaintiffs should they become aware of any stockholder derivative lawsuits or threatened derivative actions (including litigation demands and demands made pursuant to *8 Del. C.* §220 ("Section 220")) regarding allegations that are the same or similar to allegations made in the Consolidated Action ("Related Derivative Action").

6. Plaintiffs shall have the option to terminate the stay if a Related Derivative Action is not stayed for a similar or longer duration by giving 14 days' notice to counsel for Defendants via email and filing such notice with the Court.

7. Defendants shall promptly notify Plaintiffs if any Related Derivative Action is not stayed for a similar or longer duration than this stay.

8. Defendants shall provide Plaintiffs with reasonable advance notice of, and shall invite Plaintiffs to participate in, any mediation or formal settlement talks with plaintiff(s) in any Related Derivative Action. Additionally, in the event that a mediation or formal settlement talks are held in an effort to settle the Securities Class Action, counsel for Defendants shall provide Plaintiffs with reasonable advance notice of said mediation and shall include Plaintiffs in such mediation.

9. While the Consolidated Action is stayed, Defendants shall within thirty (30) days produce to Plaintiffs any documents produced in any Related Derivative Action, subject to a reasonable and mutually-agreed confidentiality agreement or protective order that permits Plaintiffs to use the discovery in the Consolidated Action.

10. While the Consolidated Action is stayed, Plaintiffs may file a consolidated complaint, but Defendants shall not be required to respond to any complaint until after the stay is terminated.

11. The Parties shall meet and confer regarding consolidation of any shareholder derivative

action filed in, removed to, or transferred to this Court that any Party determines is related to the Consolidated Action and an application for consolidation of such a shareholder derivative action may be made by Plaintiffs, and may be ruled on, notwithstanding the stay, and an application for appointment of leadership for plaintiffs may be made by Plaintiffs, and may be ruled on, notwithstanding the stay if such appointment by the Court has not already been made.

12. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein, all of which are reserved.

IT IS SO ORDERED.

Dated: July 19, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE